[No. 48063-4-I.   Division One.   April 8, 2002.]

ELIZABETH SPOKOINY, *Appellant*, v. OVERLAKE HOSPITAL
MEDICAL CENTER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 00-2-18569-3, Glenna Hall, J., entered January
16, 2001. *Affirmed in part, reversed in part*, and *remanded*
by unpublished opinion per Appelwick, J., concurred in by
Coleman and Kennedy, JJ.

[No. 48402-8-I.   Division One.   April 8, 2002.]

RICHARD LITTLETON, *Appellant*, v. STEVEN GUEST, ET AL.,
*Respondents*.

Appeal from judgments of the Superior Court for King
County, No. 00-2-11353-6, William L. Downing, J., entered
October 17, 2000, and February 12 and March 26, 2001.
*Affirmed* by unpublished per curiam opinion.

[No. 20446-4-III.   Division Three.   April 9, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. GEORGE LEE VAUGHN,
*Respondent*.

Appeal from a judgment of the Superior Court for Stevens
County, No. 01-1-00095-5, Larry M. Kristianson, J., entered
August 3, 2001. *Affirmed* by unpublished opinion per
Schultheis, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 19395-1-III.   Division Three.   April 11, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER
MYSZKOWSKI, *Appellant*.

Appeal from a judgment of the Superior Court for
Klickitat County, No. 99-1-00098-8, E. Thompson Reynolds,
J., entered May 30, 2000. *Reversed* by unpublished opinion
per Schultheis, J., concurred in by Brown, C.J., and Kato, J.